AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-00277 |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities:

455A Switch Road
Wood River Junction, RI 02894
Phone: (401) 364-7575

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 05, 2017**

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00277

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barry Ricci, alais, Superintendend of Chariho Regional School District, in his individual and official capacities.

was received by me on *(date)* 7/3/17

☒ I personally served the summons on the individual at *(place)* 455A Switch Rd, Wood River Junction, RI 02894   on *(date)* July 6, 2017 or @ 2:10 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*
_____   on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ 45.00   for travel and $ _____   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 7/6/17 @ 2:10 PM                     *Jacqueline Alger*
                                                      *Server's signature*

                                                      *Printed name and title*

                                                      Jacqueline Alger
                                                      Constable #6210
                                                      P.O. Box 284
                                                      East Greenwich, RI 02818

                                                      *Server's address*


Additional information regarding attempted service, etc:

*Barry J. Ricci*   7.6.17

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> _Defendant(s)_ | Civil Action No. 1:17-cv-00277 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   JON ANDERSON Esq., alias, Chariho Regional School District Attorney in his individual and official capacities:

27 Talcott Ave.
Pawtucket, RI 02860

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   __July 05, 2017__

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-00277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jon Anderson Esq abs. Chariho Regional
was received by me on *(date)* July 5-2017   School District Attorney in his individual and
Official Capacities

☒ I personally served the summons on the individual at *(place)*   362 Broadway
Providence. RI   · on *(date)*   7/12/17 @ 2:00pm

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ 46.00 for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: July 12.2017

_____
*Server's signature*

_____
*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **1:17-cv-00277**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAURIE WEBER, alias, Former Principal of Chariho High School in her individual and official capacities:

4 Canton St., Bradford, RI 02808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 05, 2017**

/s/ **Hannah Tver-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:17-cv-00277

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Laurie Weber, Alias, Former Principal of Chariho
was received by me on *(date)*   July 5, 2017   High School in her Individual and official
Capacities.

☒ I personally served the summons on the individual at *(place)*   Parking Lot - 1175 Flat River Rd
Coventry, RI   on *(date)*   July 12, 2017 @ 12:20 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   45.00   for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7/12/17 @ 12:20 PM

Server's signature

Printed name and title

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:17-cv-00277 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CRAIG LOUZON, alias, in his individual and official capacity as the former Chair of the Chariho School Committee:

> 180 Scapa Flow Road
> Charlestown, RI 02813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paige Munro-Delotto, Ph.D., Esq.
> Munro-Delotto & Sheehan, LLC
> 400 Westminster St., Ste. 200
> Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date  **July 05, 2017**

/s/ **Hanorah Tyer-Witek**

**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:17-cv-00277**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Craig Louzon alias, in his individual and

was received by me on *(date)*  7/5/17  official capacity as the former chair of chariho
School Committee

☒ I personally served the summons on the individual at *(place)*  180 Scapa Flow Rd

Charlestown. RI 02813  on *(date)*  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

❒ I returned the summons unexecuted because  ; or

❒ Other *(specify)*

My fees are $ **45.00** for travel and $  for services, for a total of $  **0.00** .

I declare under penalty of perjury that this information is true.

Date:  7/10/17 @1225pm

*Server's signature*

*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. **1:17-cv-00277**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CHARIHO SCHOOL COMMITTEE, by and through its Chairperson, Sylvia
Stanley, alias, in her official capacity:

456A Switch Road
Wood River Junction, RI 02894
Phone: (401) 364-7575

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: **July 05, 2017**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Chariho School Committee, by and through its

was received by me on *(date)*   7/5/17   Chairperson, Sylvia Stanley.

☒ I personally served the summons on the individual at *(place)*   960 Main St. Hope Valley

R.J   on *(date)*   July 6. 2017 @ 2:30PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   45.00   for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7/6/17 @2:30 PM

_____
*Server's signature*

_____
*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

*Sylvia K. Stanley*   _____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:17-cv-00277

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHARIHO REGIONAL SCHOOL DISTRICT, by and through its Superintendent, Barry Ricci, alias,

        455A Switch Road
        Wood River Junction, RI 02894
        Phone: (401) 364-7575

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Paige Munro-Delotto, Ph.D., Esq.
        Munro-Delotto & Sheehan, LLC
        400 Westminster St., Ste. 200
        Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **July 05, 2017**                                          /s/ **Hanorah Tyer-Witek**
                                                                                    **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Chariho Regional School District by and
was received by me on *(date)*  7/5/17   through its Superintendent, Barry Ricci, alias

☒ I personally served the summons on the individual at *(place)*  456A Switch Road · Wood River
Junction RI 02894   on *(date)*  July 6, 2017 @ 2:00pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  45.00  for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  7/6/17  @2:10 PM

_____
*Server's signature*

_____
*Printed name and title*

Jacqueline Alger
Constable # 6210
P O Box 284
East Greenwich  RI 02818

_____
*Server's address*

Additional information regarding attempted service, etc:

Rev. 06-12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  1:17-cv-00277 |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIEL P. MCCONAGHY, alias, in his individual and official capacities as Chair of the Rhode Island Council on Elementary and Secondary Education:

        255 Westminster St,
        Providence, RI 02903
        (401) 222-4600

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Paige Munro-Delotto, Ph.D., Esq.
        Munro-Delotto & Sheehan, LLC
        400 Westminster St., Ste. 200
        Providence, RI 02903

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __July 05, 2017__

                            /s/ Hanorah Tyer-Witek
                              Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Daniel P. McConaghy, alias in his individual and official
was received by me on *(date)*   7/5/17   Capacities as chair of the R.I. Council on Elementry and Secondary Education.

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Angela M. Teixeira , who is
designated by law to accept service of process on behalf of *(name of organization)*  Daniel P. McConaghy, alias
in his individual and official Capacities as Chair of the R.I. Council on Elementry and Secondary Education
on July 4, 2017 @1.45pm ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $  46.00  for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   7/7/17 @1.45 PM

_____
*Server's signature*

_____
*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 264
East Greenwich RI 02818

_____
*Server's address*

Additional information regarding attempted service, etc:

Angela M. Teixeira - Liaison to the Board of Education

AO 440 (2) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  1:17-cv-00277 |
| v. | ) | |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEN WAGNER, alias, in his official and individual capacities as Commissioner of the Rhode Island Department of Education:

255 Westminster St,
Providence, RI 02903
(401) 222-4600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 05, 2017**

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:17-cv-00277**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ken Wagner, alias, in his Official and individual
was received by me on *(date)* 7/5/17 Capacities as Commissioner of the R.I. Dept of
Education

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Angela M. Teixeira , who is
designated by law to accept service of process on behalf of *(name of organization)* Commissioner of
The R.I. Dept of Education, Ken Wagner on *(date)* July 7, 2017 @1:45pm

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ 45.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/7/17 @1:45pm

_____
Server's signature

_____
Printed name and title

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

_____
Server's address

Additional information regarding attempted service, etc:

Angela M. Teixeira - Liaison to the Board of Education

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> _Defendants)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:17-cv-00277<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  THE RHODE ISLAND COUNCIL ON ELEMENTARY AND SECONDARY
EDUCATION, by and through its Chair Daniel P. McConaghy:

> 255 Westminster St,
> Providence, RI 02903
> (401) 222-4600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paige Munro-Delotto, Ph.D., Esq.
> Munro-Delotto & Sheehan, LLC
> 400 Westminster St., Ste. 200
> Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date  **July 05, 2017**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)  the R.I. Council on Elementary and Secondary
was received by me on (date)  7/5/17  Education, by an through it's chair
Daniel P. McConaghy

❏ I personally served the summons on the individual at (place)

on (date)                                    ; or

❏ I left the summons at the individual's residence or usual place of abode with (name)

, a person of suitable age and discretion who resides there,

on (date)                            , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)  Angela M. Teixeira  , who is
designated by law to accept service of process on behalf of (name of organization)  the R.I. Council on Elementary
and Secondary Education, by and through its chair Daniel P. McConaghy on July 7, 2017
; or @1.45pm
❏ I returned the summons unexecuted because

❏ Other (specify)

My fees are $  45.00  for travel and $                    for services, for a total of $       0.00

I declare under penalty of perjury that this information is true.

Date:  7/7/17 @1.45 PM

*Server's signature*

*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

*Server's address*

Additional information regarding attempted service, etc:

Angela M. Teixeira - liaison to the Board of Education

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:17-cv-00277

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RACHEL MCGINLEY, alias, in her individual capacity:

> 3 Boxwood Dr.
> West Kingston, RI 02892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paige Munro-Delotto, Ph.D., Esq.
> Munro-Delotto & Sheehan, LLC
> 400 Westminster St., Ste. 200
> Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 05, 2017**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rachel McGinely

was received by me on *(date)*   7/5.17

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*   Sam

McGinlee   , age   15 . a person of suitable age and discretion who resides there,

on *(date)*   7/10/17   . and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $   45,   for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   7/10/17  @ 12.05 PM

*Server's signature*

*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:17-cv-00277 |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RYAN BRIDGHAM, alias, Dean of Students Chariho High School, in his individual and official capacities:
Chariho High School 453 Switch Road
Wood River Junction, RI 02894
Phone: (401) 364-7778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   July 05, 2017

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ryan Bridgham, alias Dean of Students Chariho High School, in his individual and official capacities

was received by me on *(date)* July 5, 2017

X I personally served the summons on the individual at *(place)* 250 Post Rd, Westerly, R.D. Walmart Parkinglot       on *(date)* July 10, 2017 @ 1:15 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 45.00 for travel and $ ____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 10, 2017 @ 1:15 pm

*Server's signature*

*Printed name and title*

Jacqueline Alger
Constable # 6210
P.O. Box 264
East Greenwich  RI 02818

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | | |
|---|---|---|
| Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:17-cv-00277 |
| v. | ) | |
| BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et. al | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE RHODE ISLAND DEPARTMENT OF EDUCATION, by and through its
Commissioner, Ken Wagner, alias:

255 Westminster St,
Providence, RI 02903
(401) 222-4600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paige Munro-Delotto, Ph.D., Esq.
Munro-Delotto & Sheehan, LLC
400 Westminster St., Ste. 200
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __July 05, 2017__

_/s/ Hanorah Tyer-Witek_
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:17-cv-00277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the R.I Dept of Education, by and through its Commissioner, Ken Wagner, alias.
was received by me on *(date)*  7/5/17

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Angela M. Teixeira , who is
designated by law to accept service of process on behalf of *(name of organization)* the R.I Dept of Education, by and Through its Commissioner, Ken Wagner on *(date)* July 7, 2017 @ 1:45 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 45.00 for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  7/7/17 @1:45 pm

_____
Server's signature

_____
Printed name and title
Jacqueline Alger
Constable # 6210
P.O. Box 284
East Greenwich, RI 02818

_____
Server's address

Additional information regarding attempted service, etc:

Angela M. Teixeira - Liaison to the Board of Education