UNITED STATE DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK ZELL AND BETH ZELL, : | |
| Individually and on behalf of K.Z., a minor : | |
| : | |
| vs. : | C.A. No. 1:17-cv-00277-S-LDA |
| : | |
| BARRY RICCI, ET ALS : | |

<u>ENTRY OF APPEARANCE</u>

      I, Mark T. Reynolds, hereby enter my appearance on behalf of the defendants, Barry Ricci, Chariho Regional School District, Ryan Bridgham, Laurie Weber, The Chariho School Committee, and Craig Louzon, in the above matter.

      /s/Mark T. Reynolds
      Mark T. Reynolds, Esquire #4764
      REYNOLDS, DeMARCO & BOLAND, LTD.
      400 Westminster Street, Suite 55
      Providence, RI  02903
      (401) 861-5522
      Fax:  (401) 331-4861
      mtreynolds@rdblawfirm.com

<u>CERTIFICATION</u>

      I hereby certify that on the 21st day of July, 2017, this document was filed electronically and is available for viewing and downloading from the ECF System and a copy was served by electronic mail to the following counsel of record:

Paige Munro-Delotto, Ph.D., Esquire
paige@pmdlawoffices.com

      /s/Mark T. Reynolds