## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK ZELL AND BETH ZELL, Individually and on Behalf of K.Z., a minor,<br>         Plaintiffs | :<br>:<br>:<br>: |
| Vs. | : C.A. No. 1:17-cv-00277 |
| RACHEL MCGINLEY, et al | :<br>: |

### NOTICE OF APPEARANCE

I, James A. Ruggieri, Esq., hereby enter my appearance as counsel for defendant Rachel McGinley in connection with the above-referenced matter.

> Defendant,
> Rachel McGinley,
> By her attorneys,
>
> HIGGINS, CAVANAGH & COONEY
>
>
> */s/ James A. Ruggieri, Esq.*
> James A. Ruggieri, Esq.
> 10 Dorrance Street, 4th Floor
> Providence, RI 02903
> (401) 272-3500
> (401) 273-8780 (fax)
> jruggieri@hcc-law.com

Dated:  July 27, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on 27th day of July, 2017, a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.  Service on counsel of record has been effectuated by electronic means.

> */s/ Fatima Rodrigues*