# UNITED STATE DISTRICT COURT FOR
# THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Mark Zell, and Beth Zell, individually and on behalf of K.Z., a minor,** *Plaintiff,* v. **BARRY RICCI, alias, Superintendent of Chariho Regional School District in his individual and official capacities, et al.,** *Defendants.* | **1:17-CV-00277-S LDA** |

## STIPULATION

The parties do hereby agree that the plaintiffs, Mark Zell, Beth Zell, and K.Z.,(hereinafter "Plaintiffs") shall have forty-five (45) days from the deadline of April 2, 2018 up to and including Thursday, May 17, 2018 to respond to defendants, Ryan Bridgham, Laurie Weber, and Craig Louzon's Motion for Sanctions and supporting Memorandum of Law.

March 21, 2018

| Respectfully Submitted, Plaintiffs, | Respectfully Submitted, Defendants, |
|---|---|
| By their attorney /s/ Paige Munro-Delotto Paige Munro-Delotto, Ph.D. #9291 Munro-Delotto Law LLC 400 Westminster St., St. 200 Providence, RI 02903 Telephone: 401.521.4529 Facsimile: 888.801.6758 paige@pmdlawoffices.com | By their attorneys, /s/ Mark T. Reynolds Mark T. Reynolds, Esquire #4764 REYNOLDS, DeMARCO & BOLAND, LTD. 400 Westminster Street, Suite 55 Providence, RI 02903 (401) 861-5522 Fax: (401) 331-4861 |

mtreynolds@rdblawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that, on this **21st** day of **March, 2018,** this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Paige Munro-Delotto