UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK ZELL AND BETH ZELL, Individually and on behalf of K.Z., a minor | : : : |
| vs. | : : : C.A. No. 1:17-cv-00277-S-LDA |
| BARRY RICCI, ET ALS | : |

## STIPULATION

The parties hereby agree that the following entry be made:

1. Plaintiffs and the defendant, Chariho Regional School District, agree that the Court's Memorandum and Order (ECF 73) denying of plaintiffs' motion for supplemental jurisdiction over Count V (ECF 51) applies to dismiss those claims in Count V against the defendant, Chariho Regional School District.

2. Therefore, defendant, Chariho Regional School District, withdraws as moot its Motion to Dismiss for Lack of Jurisdiction over Count V (ECF 74).

| PLAINTIFFS | CHARIHO REGIONAL SCHOOL DISTRICT |
|---|---|
| By their attorney, | By its attorney, |
| | |
| /s/Paige Munro-Delotto | /s/Mark T. Reynolds |
| Paige Munro-Delotto, Ph.D., Esquire #9291 | Mark T. Reynolds, Esquire #4764 |
| Munro-Delotto & Sheehan, LLC | Reynolds, DeMarco & Boland, Ltd. |
| 400 Westminster Street, Suite 200 | 400 Westminster Street, Suite 55 |
| Providence, RI 02903 | Providence, RI 02903 |
| (401) 521-4529 | (401) 861-5522 |
| Fax: (866) 593-9755 | Fax: (401) 331-4861 |
| paige@pmdlawoffices.com | mtreynolds@rdblawfirm.com |

## CERTIFICATION

       I hereby certify that on the 9th day of April 2018, this document was filed electronically and is available for viewing and downloading from the ECF System and a copy was served by electronic mail to the following counsel of record:

Paige Munro-Delotto, Ph.D., Esquire
paige@pmdlawoffices.com

James A. Ruggieri, Esquire
jruggieri@hcc-law.com

Paul V. Sullivan, Esquire
psullivan@swdlawfirm.com

Jon M. Anderson, Esquire
janderson@brcsm.com

Mark A. Fay, Esquire
mark@murphyandfay.com

Anthony F. Cottone, Esquire
anthony.cottone@ride.ri.gov

Sara A. Rapport, Esquire
srapport@whelancorrente.com

/s/ Mark T. Reynolds