# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Mark Zell, et al.**

       Plaintiff

v.                                        Case No. **1:17-cv-00277-wes-lda**

**Barry Ricci, et al.**

       Defendant

## NOTICE OF APPEAL

Notice is hereby given that **Kelsey Zell**, the **Plaintiff** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Memorandum and Order** (Final judgment or description of order) entered in this action on **04/30/2018** (Date of entry).

Respectfully submitted,

**Paige Munro-Delotto**  
Name

**9291**  
Bar Number

**Munro-Delotto Law, LLC**  
Firm/Agency

**400 Westminster St., Ste. 200**  
Address

**Providence, RI 02903**  
City, State, Zip Code

/s/ **Paige Munro-Delotto**  
Signature

**April 26, 2018**  
Date

**401-521-4529**  
Telephone Number

**888-801-6758**  
Fax Number

**paige@pmdlawoffices.com**  
E-mail Address