UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK ZELL, and BETH ZELL, Individually and on behalf of K.Z., a minor, Plaintiffs, | : : : : |
| v. | : C.A. No. 1:17-CV-00277-WES-LDA : |
| BARRY RICCI, et al., Defendants. | : : |

## JOINT NOTICE OF APPEAL

Pursuant to Rule 3(b)(1) and Rule 4(a)(3) of the Federal Rules of Appellate Procedure, notice is hereby given that Barry Ricci, and Ryan Bridgham, Laurie Weber, and Craig Louzon, who are Defendants in the above-referenced matter, hereby jointly appeal to the United States Court of Appeals for the First Circuit from the part of the Memorandum and Order entered in this action on March 30, 2018, that denied Defendant Ricci's Motion for Rule 11 Sanctions, and that denied Defendants Bridgham, Weber and Louzon's Motion for Rule 11 Sanctions.

Respectfully submitted,

| Defendant, | Defendants, |
|---|---|
| BARRY RICCI, | RYAN BRIDGHAM, LAURIE WEBER, and CRAIG LOUZON, |
| By his Attorney, | By their attorney, |
| /s/ Sara A. Rapport | /s/ Mark T. Reynolds |
| Sara A. Rapport (#6184) | Mark T. Reynolds, Esquire #4764 |
| WHELAN, CORRENTE FLANDERS, KINDER & SIKET LLP | REYNOLDS, DeMARCO & BOLAND, LTD. |
| 100 Westminster Street, Suite 710 | 400 Westminster Street, Suite 55 |
| Providence, RI 02903 | Providence, RI 02903 |
| Tel: (401) 270-4500 | (401) 861-5522 |
| Fax: (401) 270-3760 | (401) 331-4861 (facsimile) |
| srapport@whelancorrente.com | mtreynolds@rdblawfirm.com |

## **CERTIFICATION**

I hereby certify that on the 8th day of May 2018, a true copy of the within was filed electronically via the Court's CM/EFC System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for reviewing and downloading from the Court's CM/ECF System. Service on counsel of record has been effectuated by electronic means:

/s/ Sara A. Rapport

WC31820