| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Paige Munro-Delotto | 2. PHONE NUMBER (401) 521-4529 | 3. DATE | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL 400 Westminster St., Ste. 200 | 5. CITY Providence | 6. STATE RI | 7. ZIP CODE 02903 |
| 8. CASE NUMBER 1:17-cv-00277 | 9. JUDGE Smith | DATES OF PROCEEDINGS | |
| | | 10. FROM 6/6/2017 | 11. TO 4/26/2018 |
| 12. CASE NAME Zell et al. v. Ricci et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Providence | 14. STATE RI |

15. ORDER FOR
[X] APPEAL    [ ] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Hearing on Motions to Dismiss | 02/02/2018 |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL   0.00

18. SIGNATURE [signature]
19. DATE 5/14/18

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 14, 2018 I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the *CM/ECF* system. I certify that the following parties or their counsel of record are registered as CM/ECF Filers and that they will be served by the *CM/ECF* system:

| | |
|---|---|
| James A. Ruggieri, Esquire<br>jruggieri@hcc-law.com | Mark A. Fay, Esquire<br>mark@murphyandfay.com |
| Paul V. Sullivan, Esquire<br>psullivan@swdlawfirm.com | Anthony F. Cottone, Esquire<br>anthony.cottone@ride.ri.gov |
| Jon M. Anderson, Esquire<br>janderson@brcsm.com | Sara A. Rapport, Esquire<br>srapport@whelancorrente.com |
| Mark T. Reynolds, Esquire<br>mtreynolds@rdblawfirm | |

               */s/ Paige Munro-Delotto*